**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-31952 |
| | § | |
| VICTOR E. KING | § | |
| ROSHELE DONEISHA BLAKE-KING | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/11/2015, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/19/2015         By:   /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-31952 |
| | § | |
| VICTOR E. KING | § | |
| ROSHELE DONEISHA BLAKE-KING | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $7,825.00
*and approved disbursements of*     $2,658.36
*leaving a balance on hand of*[1]*:*     $5,166.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,166.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,266.66 | $0.00 | $1,266.66 |
| David P. Leibowitz, Trustee Expenses | $3.92 | $0.00 | $3.92 |

Total to be paid for chapter 7 administrative expenses:     $1,270.58
Remaining balance:     $3,896.06

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,896.06

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,896.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,230.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $8,077.73 | $0.00 | $1,636.56 |
| 2 | Capital One Bank (USA), N.A. | $2,398.86 | $0.00 | $486.01 |
| 3 | Portfolio Recovery Associates, LLC | $6,313.31 | $0.00 | $1,279.08 |
| 4 | Capital Recovery V, LLC | $2,440.29 | $0.00 | $494.41 |

|  | Total to be paid to timely general unsecured claims: | $3,896.06 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-31952-PSH
Victor E. King                                                          Chapter 7
Roshele Doneisha Blake-King
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps                    Page 1 of 1                    Date Rcvd: May 20, 2015
                               Form ID: pdf006                Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2015.
db/jdb         +Victor E. King,    Roshele Doneisha Blake-King,    6201 S Troy,    Chicago, IL 60629-2607
22342598       +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
22342599       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
22828288        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22699792       +CarMax Auto Finance,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5942
22342603       +GRG Partnership,    3230 W. 38th Street,    Chicago, IL 60632-2705
22342604        Meyer & Njus PA,    1100 US Bank Plaza,    Minneapolis, MN 55402
22867382      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    successor to,
                 CAPITAL ONE BANK (USA), N.A.,    POB 41067,    Norfolk VA 23541)
22342606       +Region Recov,    5250 S Homan Ave,    Hammond, IN 46320-1722
22342607       +Regional Recovery Serv,    5250 S Homan Ave,    Hammond, IN 46320-1722
22342608      #+Silver Leaf Resorts, Inc,    1221 Riverbend Drive, Suite 120,    Dallas, TX 75247-4911
22342609       +Silver Leaf Resorts, Inc,    6321 Hwy 26,    North Richland Hills, TX 76180-1593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22342600       +E-mail/Text: cms-bk@cms-collect.com May 21 2015 00:52:20     Capital Management,
                 726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
22965016        E-mail/PDF: rmscedi@recoverycorp.com May 21 2015 00:55:01     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22766309        E-mail/PDF: mrdiscen@discover.com May 21 2015 00:54:52     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
22342601       +E-mail/PDF: mrdiscen@discover.com May 21 2015 00:54:52     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
22342602       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2015 00:54:57     GECRB/JC Penny,
                 Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
22342605       +E-mail/Text: bankruptcydepartment@ncogroup.com May 21 2015 00:52:58     NCO,    4740 Baxter Road,
                 Virginia Beach, VA 23462-4484
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2015 at the address(es) listed below:
              Charles T Newland    on behalf of Joint Debtor Roshele Doneisha Blake-King
               chuck@cnewlandassociates.com, sean@cnewlandassociates.com;laura@cnewlandassociates.com
              Charles T Newland    on behalf of Debtor Victor E. King chuck@cnewlandassociates.com,
               sean@cnewlandassociates.com;laura@cnewlandassociates.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4